# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

**FEDERICO TORRES, Individually and as representative and ANF of R.T., Deceased Minor; ARNULFO REYES; PATRICIA ALBARADO; MONICA ARRIOLA, Individually and ANF of J.T., Minor; ERICA BARRERA, Individually and ANF of D.R., Minor; MICHAEL BROWN, Individually and ANF of V.B.; JENNIFER DAVIS, Individually and ANF of Z.D., Minor; JENNIFER GAITAN, Individually, And ANF of J.N., Minor; ANGELI ROSE GOMEZ, Individually and ANF G.B. & A.G., Minors; LUZ HERNANDEZ, Individually and ANF of N.J., Minor; CARLA ROSE KING; TIFFANY LUNA, Individually and ANF of A.P., Minor; TAMICA MARTINEZ, Individually and ANF of R.D., Minor; TIFFANY MASSEY; YOLANDA MORALES, Individually and as ANF of Z.G., Minor; MARK MORENO and ROSEMARY MORENO, Individually and ANF of N.M., Minor; NICOLE FAYE OGBURN; MARY ANN REYES, Individually and ANF of A.S. & A.S., Minors; BIANCA RIVERA, Individually, AND ANF of G.R., Minor; SAMANTHA RODRIGUEZ, Individually and ANF of M.J., Minor; JULIO/PRISCILLA RUBIO, Individually and ANF of M.R., Minor; BRIANA RUIZ, Individually and ANF D.G., Minor; CHRISTIAN and BRENDA SONORA, Individually and ANF V.S.; DAVID TREVINO, Individually and as ANF of A.T., I.T. & D.T., Minors; KRYSTAL UPTON, Individually and ANF of J.T. and B.T., Minors; ESMERALDA VELASQUEZ, Individually and ANF of C.V., Minor; SOFIA ZAPATA, Individually and ANF of M.S., Minor; and JANE DOE, Individually**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

*Plaintiffs*, §

|  |  |  |
|---|---|---|
| v. | § | C.A. No. 2:23-cv-00028 |
|  | § |  |
| **DANIEL DEFENSE, LLC, a limited Liability Company; OASIS OUTBACK, LLC, a Texas limited Liability Company; FIREQUEST INTERNATIONAL, INC., an Arkansas Corporation** | § § § § § § |  |
| *Defendants.* | § |  |

## STIPULATION OF UNOPPOSED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Arnulfo Reyes, Federico Torres, Individually and ANF of R.T., Priscilla Rubio, Individually and ANF of M.R., Briana Ruiz, Individually and ANF D.G., Samantha Rodriguez, Individually and ANF of M.J., Rosemary Moreno, Individually and ANF of N.M; Jennifer Gaitan, Individually and ANF of J.N.; and Monica Arriola, Individually and ANF of J.T., ("Plaintiffs") provide notice that all claims previously asserted by Plaintiffs against Defendants Daniel Defense, LLC, a limited Liability Company; Oasis Outback, LLC, a Texas Limited Liability Company; and Firequest International, Inc., an Arkansas Corporation, are all individually and voluntarily dismissed **without prejudice**. Defendant Daniel Defense, LLC has not made an appearance in this lawsuit. All remaining parties are not opposed to this dismissal. Each party will bear its own costs, fees, and expenses.

Dated:  October 18, 2023

                                                      Respectfully submitted,

                                                      **CARRIGAN & ANDERSON, P.L.L.C.**

                                                      /s/ David M. Anderson
                                                      David M. Anderson
                                                      State Bar No. 24064815
                                                      Federal I.D. 985644
                                                      101 N. Shoreline Blvd., Suite 420

Corpus Christi, Texas 78401
361-884-4433 – Telephone
361-884-4434 – Facsimile
danderson@ccatriallaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs and Defendant have conferred and agree as to this Motion and the relief requested.

/s/David M. Anderson
David M. Anderson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2023, I served all counsel of record through electronic service as authorized by Fed. R. Civ. Pro.5.

/S/ David M. Anderson
David M. Anderson

3