## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| **FEDERICO TORRES, Individually and as representative and ANF of R.T., Deceased Minor; ET AL.** | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | |
| **DANIEL DEFENSE, LLC; OASIS OUTBACK, LLC; and FIREQUEST INTERNATIONAL** | § | CASE NO. 2:23-cv-00028-AM |
| | § | |
| *Defendants.* | § | |

## STIPULATION OF UNOPPOSED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a), Patricia Albarado, ET AL. ("Plaintiffs") provide notice that all claims previously asserted by Plaintiffs against Defendants Daniel Defense, LLC, a limited Liability Company and Firequest International, Inc., an Arkansas Corporation, are all individually and voluntarily dismissed **without prejudice**. Defendant Daniel Defense, LLC has not made an appearance in this lawsuit. All remaining parties are not opposed to this dismissal. Each party will bear its own costs, fees, and expenses.

Dated: October 30, 2023

Respectfully submitted,

**WILLIAMS ATTORNEYS, PLLC**

By: /s/ *Justin L. Williams*
JUSTIN L. WILLIAMS
SBN: 21555800
500 N. Water Street, Suite 500

Corpus Christi, TX 78401
Telephone: (361) 885-0184
Facsimile: (361) 885.0309
Service Email: service@williamstrial.com

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs and Defendant have conferred and agree as to this Motion and the relief requested.

/s/ *Justin L. Williams*
JUSTIN L. WILLIAMS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2023, I served all counsel of record through electronic service as authorized by Fed. R. Civ. Pro.5.

/s/ *Justin L. Williams*
JUSTIN L. WILLIAMS