# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

FEDERICO TORRES, ARNULFO REYES, §       CIVIL NO:
PATRICIA ALBARADO, MONICA        §       DR:23-CV-00028-AM
ARRIOLA, ERICA BARRERA, MICHAEL  §
BROWN, JENNIFER DAVIS, JENNIFER  §
NICOLE GAITAN, ANGELI ROSE GOMEZ, §
LUZ HERNANDEZ, CARLA ROSE KING,
TIFFANY LUNA, TAMICA MARTINEZ,
TIFFANY MASSEY, YOLANDA
MORALES, MARK MORENO AND
ROSEMARY MORENO, NICOLE FAYE
OGBURN, MARY ANN REYES, BIANCA
RIVERA, JENNIEKA RODRIGUEZ,
SAMANTHA RODRIGUEZ,
JULIO/PRISCILLA RUBIO, BRIANA RUIZ,
CHRISTIAN AND BRENDA SONORA,
DAVID TREVINO, KRYSTAL UPTON,
ESMERALDA VELASQUEZ, SOFIA
ZAPATA, JANE DOE

vs.

DANIEL DEFENSE, LLC, OASIS
OUTBACK, LLC, FIREQUEST
INTERNATIONAL, INC

## ORDER SETTING MOTION TO DISMISS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION TO DISMISS HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Friday, December 01, 2023 at 02:30 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 9th day of November, 2023.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE