FILED

MAR 27 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| FEDERICO TORRES, et al., § § Plaintiffs, § § v. § § DANIEL DEFENSE, LLC; OASIS § OUTBACK, LLC; and FIREQUEST § INTERNATIONAL, INC., § Defendants. § § | Case No. DR-23-CV-28-AM |

## ORDER

On June 7, 2023, the Plaintiffs, represented by Attorney Justin Williams, filed suit against the Defendants after a school shooting in Uvalde, Texas. Attorney David Anderson later filed a notice of appearance and a motion to substitute counsel, seeking to represent the Plaintiffs Reyes, Torres, Rubio, Ruiz, Rodriguez, Moreno, Gaitan, and Arriola (the "Anderson Plaintiffs"). The motion was granted on October 5, 2023.

On October 18, 2023, the Anderson Plaintiffs filed a Stipulation of Unopposed Voluntary Dismissal Without Prejudice of Defendants. (ECF No. 45.) The Anderson Plaintiffs indicated they wished to dismiss all claims against all the Defendants without prejudice. On October 30, 2023, Williams, on behalf of the remaining Plaintiffs, likewise filed a Stipulation of Unopposed Voluntary Dismissal Without Prejudice of Defendants. (ECF No. 47.) At a hearing on the matter, Williams clarified that the Plaintiffs likewise were seeking dismissal of all claims against all the Defendants.

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure states that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves

either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).

Because no opposing party has served an answer or motion for summary judgment, the Plaintiffs' stipulations of voluntary dismissal complied with Rule 41(a)(1)(A)(i). It is therefore **ORDERED** that all claims against the Defendants are **DISMISSED WITHOUT PREJUDICE,** with the parties bearing their own attorney's fees and costs. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action and any pending motions.

SIGNED and ENTERED on this 27th day of March 2024.

ALIA MOSES
Chief United States District Judge